UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BARBARA MAY BOYER, DONNA JEAN
ROWE-WILLIS, TROY "J" WILLIS,

CIV S-05-0752 DFL PAN PS

Plaintiffs,

v.                                               ORDER

ANGELA Y. ARMSTRONG, in her
private capacity, CHRIS LEWIS, in
his private capacity, R. STEVEN
LAPHAM, in his private capacity,
et al.,

Defendants.

—oOo—

Defendants, pursuant to ex parte application, seek an extension of time until May 31, 2005, to respond to plaintiffs' amended complaint.  On April 18, 2005, four days after service of the amended complaint, defendants filed a petition for removal of this case from the San Joaquin Superior Court.  Defendants are employees of the United States who assert their alleged

misconduct occurred during the performance of their duties. Assistant United States Attorney Deborah Luther, who is out-of-state until May 3, has been assigned their defense.

Defendants note that under Fed. R. Civ. P. 81(c) they are required to file a response to the amended complaint within five days of removal, or by April 23.[1] However, enlargement of time is permitted for cause shown upon a request made before expiration of the deadline, as defendants have shown and made here. Fed. R. Civ. P. 6(b).

Accordingly, defendants' request for an extension of time until May 31, 2005, to prepare and file defendants' response to plaintiffs' amended complaint is hereby granted.

So ordered.

Dated:   April 26, 2005.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge

---

[1] Fed. R. Civ. P. 81(c) provides in pertinent part: "In a removed action in which the defendant has not answered, the defendant shall answer or present the other defenses or objections available under these rules within 20 days after the receipt through service or otherwise of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based, or within 20 days after the service of summons upon such initial pleading, then filed, or within 5 days after the filing of the petition for removal, whichever period is longest."