IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA MAY BOYER,
et al.,

     Plaintiffs,                   No. Civ. S-05-752-DFL-PAN

  v.                              <u>RECUSAL ORDER</u>

ANGELA Y. ARMSTRONG, in
her private capacity,
et al.,

     Defendants.
_____/

    Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings.

    IT IS SO ORDERED.

DATED: 4/26/2005                /s/ David F. Levi
                                       DAVID F. LEVI
                                       United States District Judge

1