1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9

BARBARA MAY BOYER,
et al.,

10

11          Plaintiffs,          No. Civ. S-05-752-DFL-PAN

12      v.                      RECUSAL ORDER

13  ANGELA Y. ARMSTRONG, in
    her private capacity,
14  et al.,

15          Defendants.
    _____/
16

17      Upon examination of the above-captioned action, the under-

    signed judge disqualifies himself.
18

19      Good cause appearing therefor,

20      IT IS HEREBY ORDERED that the undersigned recuses himself as

    the judge for the above-captioned case.
21

22      IT IS FURTHER ORDERED that the Clerk of the Court reassign

23  this case to another judge for all further proceedings.

24      IT IS SO ORDERED.

    DATED: 4/26/2005              ___/s/ David F. Levi_____
25                                DAVID F. LEVI
                                  United States District Judge
26

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26