IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA MAY BOYER, et al.,

        Plaintiffs,                2:05-cv-0752-GEB-PAN-PS

     v.

ANGELA Y. ARMSTRONG, in her private capacity, et al.,     ORDER

        Defendants.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On November 10, 2005, Judge Nowinski recommended that defendants' motions to dismiss be granted. No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed November 10, 2005, are adopted in full; and

    2. Defendants' motions to dismiss are granted; and

    3. This action is dismissed.

Dated: January 11, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge